COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__WACO__ DIVISION

APR 2 2 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
by _____

__DENNIS    SMITH #541423__
Plaintiff's name and ID Number
__ALFRED D HUGES UNIT__
__RT 2 BOX 4400 GATESVILLE, TEXAS 76597__
Place of Confinement

CASE NO: __W05CA154__
(Clerk will assign the number)

v. __MR. JOHN TERRY CO II__
__RT 2 BOX 4400 GATESVILLE, TX 76597__
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?          ___ YES   **X** NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __N/A__

   2. Parties to previous lawsuit:
      Plaintiff(s) __N/A__

      Defendant(s) __N/A__

   3. Court (If federal, name the district; if state, name the county) __N/A__

   4. Docket Number: __N/A__

   5. Name of judge to whom case was assigned: __N/A__

   6. Disposition: (Was the case dismissed, appealed, still pending?)
   __N/A__

   7. Approximate date of disposition: __N/A__

3

II. **PLACE OF PRESENT CONFINEMENT:** ALFRED D. HUGHES UNIT - GATESVILLE, TX

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES __ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**
   A. Name of address of plaintiff: DENNIS SMITH # 544423
      RT 2 BOX 4400 GATESVILLE, TEXAS 76597
      ALFRED D. HUGHES UNIT.

   B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

   Defendant #1: JOHN TERRY CO II 2/2 CARD, RT 2 BOX 4400 GATESVILLE, TEXAS 76597 - A. HUGHES UNIT
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   WHEN OFFICER J. TERRY DID A CELL/PROPERTY SEARCH HE MISHANDLED MY MEDICINE BAG/FEATHER

   Defendant #2: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #3: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #4: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #5: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON 6/28/04, 3 BLDG, C-POD, 1 SECTION, 12 CELL. DURING THE CLOTHING EXCHANGE RUN, AROUND 3:30AM, OFFICER J. TERRY ENTERED MY CELL FOR NO PARTICULAR REASON BUT TO HARRASS ME

DID A PROPERTY/CELL SEARCH, AND MISHANDLED My RELIGIOUS ITEMS SUCH AS My MEDICINE BAG & FEATHER THROWING THEM ON THE FLOOR. THE SO-CALLED RANDOM CELL SEARCH WAS NEVER LOGGED IN, NOR WAS MY CELL MATES LOCKER OR PROPERTY SEARCHED.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

AWARD PLAINTIFF (50,000) FIFTY THOUSAND DOLLARS IN ACTUAL AND COMPENSATORY DAMAGES, (25,000) TWENTY FIVE THOUSAND IN PUNITIVE DAMAGES, COURT COST, FILING FEE

VII. **BACKGROUND INFORMATION:**
   A. State, in complete form, all names you have ever used or been known by including any and all aliases:
   "SMITTY"
   B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
   # 383573, #541423

VII. **SANCTIONS:**

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
   __ YES  X NO

   B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give district and division): N/A
   2. Case Number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ~~YES~~ ~~NO~~ N/A

   C. Has any court ever warned or notified you that sanctions could be imposed? __ YES X NO

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: __4/13/05__
            DATE

_Dennis Smith_
__541423__
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __14__ day of __April__, 20 __05__.
         (Day)              (Month)        (Year)

_Dennis Smith_

_Dennis Smith_
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

MR. Confidential

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2004193637 |
| Date Received: | JUN 29 2004 |
| Date Due: | 8-8-04 |
| Grievance Code: | 815 |
| Investigator ID #: | ~~10768~~ |
| Extension Date: | |
| Date Retd to Offender: | JUL 30 2004 |

Offender Name: Smith Dennis    TDCJ # 541423
Unit: A.D. Hughes    Housing Assignment: 3C12-12B
Unit where incident occurred: A.D. Hughes

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Newton    When? 6/28/04
What was their response? He would Not talk to me
What action was taken? None

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On the 6/28/04 on C pod officer Terry Co 5 2-2 Card Call Nes. At 3:30 then after Nes. He Call Chow At 4:00 So when we came back from Chow A offender told me that someone tore my House up so when I went to look At what He was talking About All my things was Scatter all over the floor including my medican Bag and my Feather so I Came and ask mr. Richardson if I can talk to the Sgt. So I went to try to talk to Sgt. Newton but when I got up front Sgt. Newton would not talk to me He blew me off I try to tell Him that officer terry throw my medican Bag and Feather on the floor but He still wouldn't talk to me but mr. Terry told me that He did A Remdom Shake down if He did A Remdom Shake down then How come He did mess with my Cellie stuff my stuff was the only things that He mess with so then I went to trade At 5:00 A.m. And I Ask Sgt. Christen Could I talk to Him About A problem He said No So I went to trade And when I came in At 11:30 I talk to Sgt. Reamos I told Him what Happen He said that Bosses was Allow to toch my medican Bag I try to tell Him that Bosses was Not Allow to touch my medican Bag Sgt.

I-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2004193637
UGI Recd Date: 8/2/04
HQ Recd Date: AUG 10 2004
Date Due: 9-6
Grievance Code: 815
Investigator ID #: I1160
Extension Date: 09/02/04

**Offender Name:** Smith, Dennis    **TDCJ #** 544423
**Unit:** Hughes    **Housing Assignment:** 3-C-12
**Unit where incident occurred:** 3-C-12 - Hughes Unit

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

Officer Perry lied,

AUG 10 2004

---

**I-128 Front** (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)